In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00321-CV**
_____

**EDDIE V. PICARD, PATRICIA M. PICARD,
AND JPP VENTURES, LLC, Appellants**

**V.**

**EAGLE COILED TUBING, LLC, HICHAM "SEAN" MZIGUIR,
MICHAEL MCCOY, AND GARY WILLIAMSON, Appellees**

**On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 24-08-12344-CV**

**MEMORANDUM OPINION**

On September 17, 2024, Eddie V. Picard, Patricia M. Picard, and JPP Ventures, LLC, filed a notice of appeal from a judgment of the 284th District Court, signed on August 1, 2024. On September 19, 2024, we granted an extension of time to file notice of appeal. Upon receiving the notice of appeal from Appellants, the Clerk of the Court issued a Bill of Costs for the filing fee for the appeal. By letter

1

dated October 22, 2024, we notified the parties that Appellants had not paid the filing fee as directed in our letter and Bill of Costs previously forwarded to Appellants. A Certified Bill of Costs for the filing fee was enclosed and provided to Appellants. We also warned Appellants that unless the filing fee was paid, the appeal would be dismissed without further notice on any date after Friday, November 1, 2024. *See* Tex. R. App. P. 42.3(c). As of this date, Appellants have failed to pay the filing fee as directed by this Court.

On September 30, 2024, the District Clerk notified the Court that Appellants had failed to pay or to make the arrangements necessary for the District Clerk to prepare the clerk's record. Consequently, we notified the parties that Appellants had not established indigent status and that the clerk's record had not been filed due to Appellants' failure to pay or to arrange to pay the fee required to prepare the clerk's record. We also warned Appellants that the appeal would be dismissed for want of prosecution unless Appellants established that they had made the arrangements required to pay the fee or that they needed more time to do so. *See id*. 37.3(b). After the Clerk sent the parties a letter warning of the consequences of a failure to take the action necessary to file the clerk's record, the Court did not receive a response.

Because Appellants have not paid the filing fee for the appeal nor have they explained why they have not paid the fee for the clerk's record, we dismiss the appeal for want of prosecution. *Id*. 5, 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 11, 2024
Opinion Delivered December 12, 2024

Before Golemon, C.J., Johnson and Chambers, JJ.

3